# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAY CUNNINGHAM, Personal Representative of the Estate of Michael Galindo, Deceased;<br><br>**Plaintiff,**<br><br>vs.<br><br>BRAD HANSEN, SCOTT FRAKES, and DOES 1 - 10, in their individual capacities;<br><br>**Defendants.** | 4:18CV3012<br><br>ORDER |

This matter comes before the Court on the Joint Motion to Extend Progression Deadlines (Filing No. 48). Upon review of the motion, the Court finds good cause to grant the requested expert disclosure deadlines. Accordingly,

**IT IS ORDERED** that the Joint Motion to Extend Progression Deadlines (Filing No. 48) is granted, and the expert deadlines in the Court's previous Orders (Filing No. 44 and Filing No. 47) are extended as follows:

1) The deadlines to complete expert disclosures[1] and reports for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

    For the plaintiff:           **July 2, 2019**
    For the defendants:      **September 3, 2019**

2) The deposition deadline is **August 1, 2019**.

3) The deadline for filing motions to dismiss and motions for summary judgment is **September 16, 2019**. Within fourteen days after the Court rules on such motion, the parties shall contact the chambers of the undersigned magistrate judge to schedule a telephone conference.

Dated this 7th day of June, 2019.

                                                 BY THE COURT:

                                                 s/ Michael D. Nelson
                                                 United States Magistrate Judge

---

[1] While treating medical and mental health care providers are generally not considered "specially retained experts," not all their opinions relate to the care and treatment of a patient. Their opinion testimony is limited to what is stated within their treatment documentation. As to each such expert, any opinions which are not stated within that expert's treatment records and reports must be separately and timely disclosed.