IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAY CUNNINGHAM, Personal Representative of the Estate of Michael Galindo, Deceased;<br><br>Plaintiff,<br><br>vs.<br><br>BRAD HANSEN, in his individual capacity; SCOTT FRAKES, in his individual capacity; and  DOES 1 - 10, in their individual capacities;<br><br>Defendants. | 4:18CV3012<br><br>ORDER |

This matter is before the court on Plaintiff's motion for dismissal without prejudice, Filing No. 61. Plaintiff states there is a companion case pending in Johnson County District Court that will continue to progress and will not be affected by dismissal without prejudice of this matter.   Accordingly,

IT IS ORDERED that:

1.  Plaintiff's motion to dismiss, Filing No. 61, is granted; and

2.  This matter is dismissed without prejudice.

Dated this 4th day of October, 2019.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge